IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| Ramiro Lopez Ramos, | * | |
| Petitioner, | * | |
| | | Case No. 1:26-cv-00263-PX |
| v. | * | |
| Kristi Noem, et al., | * | |
| Respondents. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## **ORDER**

Having considered the Petition for Writ of Habeas Corpus (ECF No. 1, "Petition"), along with the Joint Notice filed by the parties and the entire record in this case, good cause having been shown, it is hereby:

**ORDERED**, that the Petition is **GRANTED** in part, insofar as this Court finds that Petitioner is entitled to the relief set forth below, and is **DENIED** as to any further relief at this time:

1. Respondents are **ENJOINED** from detaining Petitioner under 8 U.S.C. § 1225(b);

2. Petitioner is detained under 8 U.S.C. § 1226(a) and is entitled to a bond hearing consistent with 8 C.F.R. §§ 236.1(d), 1003.19 and 1236.1(d);

3. A bond hearing **SHALL** be held within 10 days of the Petitioner's filing of a motion with the Immigration Court;

4. The bond hearing must be conducted by an Immigration Judge with jurisdiction or administrative control over Petitioner's detention, and the hearing must comply in all respects with the regulations at 8 C.F.R. §§ 236.1(d), 1003.19, 1236.1(d) and any attendant process available pursuant to these provisions;

5. If bond is granted and petitioner is released, nothing in this Court's order precludes ICE from imposing reasonable conditions of release;

6. The parties **SHALL** provide the Court with a Status Report within 14 days of this Order.

**ORDERED** that this Court shall **RETAIN** jurisdiction over this matter to enforce compliance with this Order.

Date: January 26, 2026

/s/
PAULA XINIS
U.S. District Court Judge, District of Maryland