UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| RAMIRO LOPEZ RAMOS,<br><br>  Petitioner,<br><br>v.<br><br>KRISTI NOEM, *et al.*,<br><br>  Respondents. | Case No. 1:26-cv-00263-PX |

## ORDER

Upon consideration of Ramiro Lopez Ramos' Petition for Writ of Habeas Corpus (ECF No. 1) (the "Petition"), the Joint Status report filed by the parties on February 11, 2026 (ECF No. 10), and the entire record in this case, on this 11th day of February 2026, the Court hereby ORDERS:

1. The Petition is **GRANTED** in part, as set forth in the Order of January 26, 2026, at ECF No. 7, and **DENIED** as to any further relief;

2. The Petition is hereby **DISMISSED**;

3. No further status reports need to be filed; and

4. The Clerk is **DIRECTED** to **CLOSE** this case.

Dated:  02/11/2026                             /s/
                                    PAULA XINIS
                                    United States District Judge